**Gregory GOODS, Plaintiff–Appellant,**

v.

**Behroz HAMKAR, Defendant–Appellee.**

No. 15–15796.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 24, 2016.*

Filed March 2, 2016.

Gregory Goods, pro se.

Misha Igra, Esquire, Supervising Deputy Attorney General, Office of the California Attorney General, Sacramento, CA, for Defendant–Appellee.

Before: LEAVY, FERNANDEZ, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Gregory Goods, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs and retaliation for filing grievances. We have jurisdiction under 28 U.S.C. § 1291. We review de novo and affirm. *See Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004).

The district court properly granted summary judgment on Goods's deliberate indifference claim because Goods failed to raise a genuine dispute of material fact as to whether defendant was deliberately indifferent to his knee injury. *See id.* at 1057–60 (a prison official is deliberately indifferent only if he or she knows of and disregards an excessive risk to an inmate's health; medical malpractice, negligence, or a difference of opinion concerning the course of treatment does not amount to deliberate indifference); *Hallett v. Morgan,* 296 F.3d 732, 745–46 (9th Cir.2002) (where the prisoner is alleging that delay of medical treatment evinces deliberate indifference, the prisoner must show that the delay led to further injury); *see also Jett v. Penner,* 439 F.3d 1091, 1096 (9th Cir.2006) (if the harm is an isolated exception to the prisoner's overall treatment, it " 'ordinarily militates against a finding of deliberate indifference' " (citation omitted)).

We do not consider issues which are not supported by argument. *See Acosta–Huerta v. Estelle,* 7 F.3d 139, 144 (9th Cir.1993).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.